

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00337-CR

Luis **DOMINGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 628896
Honorable Timothy Johnson, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED.

SIGNED November 9, 2022.

Luz Elena D. Chapa, Justice